IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PRIMERICA LIFE INSURANCE COMPANY,** | |
| Plaintiff, | 8:12CV413 |
| vs. | ORDER |
| **DAVID DINGESS, DAWN ALTHOFF, and DAWN ALTHOFF as parent and next friend of C.D., a minor,** | |
| Defendants. | |

This matter is before the court on the parties' Stipulation of Dismissal (Filing No. 24). The court finds that the parties' stipulation should be granted.

**IT IS ORDERED** that the parties' stipulation (Filing No. 24) is adopted and this case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 5th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge